ACA AUTO SALVAGE II
Edward S. Monroy
2091 W. Stonehurst Dr.
Rialto, CA 92377
(909) 356-8875
smonroy711@gmail.com



FILED
CLERK, U.S. DISTRICT COURT
OCT 19 2017
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RAFAEL ARROYO, JR.,

    Plaintiff,

vs.

EDWARD S. MONROY,

    Defendant

Case No.: 5:17-cv-01683 DSF (SHKx)

**REQUEST FOR MOTION TO DISMISS**

**REQUEST FOR MOTION TO DISMISS**

    THE DEFENDANT RESPECTFULLY REQUESTS A MOTION TO DISMISS CASE NO. 5:17-CV-01683-DSF (SHKx) BASED ON THE FOLLOWING RELEVANT FACTS AND DATA. THE PLAINTIFF ATTEMPTED TO SERVE THE DEFENDENT UTILIZING A SERVER THAT USED DISTURBING TACTICS BY VIOLENTLY BANGING THE OUTSIDE WALLS AND ANGRILY RINGING THE DOORBELL OF THE DEFENDANT'S PERSONAL RESIDENCE. THIS BEHAVIOR STARTLED THE DEFENDANT AND CAUSED HIM TO FALL. THE DEFENDANT'S CAREGIVER THOUGHT IT WAS SOMEONE BREAKING INTO THE HOME AND ALMOST CALLED LAW ENFORCEMENT OUT OF EXTREME FEAR.

    THE DEFENDANT FINALLY RECEIVED NOTIFICATION VIA US MAIL OF CASE NO. 5:17-CV-0163-DSF (SHKx) OF AN ADA BASED LAWSUIT BY THE PLAINTIFF RAFAEL ARROYO, JR. THE DEFENDANT, EDWARD S. MONROY, A 92 YEAR OLD VETERAN, WAS DEVASTED BY THIS LAWSUIT, BASED ON THE FACT THE DEFENDANT IS ALSO DISABLED AND REQUIRES THE SAME TYPE OF ADA ACCOMODATIONS AS THE PLAINTIFF.

    THE DEFENDANT BELIEVES THE NATURE OF THIS LAWSUIT IS FRIVOLOUS IN NATURE DUE TO SEVERAL PECULIAR FACTS. FIRST, THE PLAINTIFF STATES HE VISITED THE BUSINESS PHYSICALLY, HOWEVER THE BUSINESS NAME IS ACTUALLY ACA AUTO SALVAGE II AS

REQUEST FOR MOTION TO DISMISS - 1

1  FILED WITH THE SAN BERNARDINO COUNTY CLERK, NOT ACA AUTO SALVAGE 2. ALL
2  PUBLICALLY POSTED BUSINESS LICENSES AND PERMITS CONFIRM THIS FACT AT THE PHYSICAL
3  BUSINESS LOCATION. THE PLAINTIFF WOULD HAVE KNOWN THE CORRECT BUSINESS NAME IF
4  THEY HAD PHYSICALLY VISITED 2091 W. STONEHURST DR, RIALTO, CA 92377. THE CITY OF
5  RIALTO ALSO REQUIRES ALL CUSTOMER AND EMPLOYEE PARKING TO BE LOCATED INSIDE THE
6  WALLS OF THE BUSINESS. THEREFORE THE PLAINTIFF WOULD HAVE BEEN SEEN WHEN HE
7  ATTEMPTED TO PARK AND WOULD HAVE BEEN ABLE TO COMMUNICATE HIS CONCERNS TO THE
8  BUSINESS STAFF. THE BUSINESS IS ALSO LOCATED ON A PRIVATE EASEMENT IN AN INDUSTRIAL
9  ZONED AREA OF RIALTO NEAR OTHER MAJOR INDUSTRIAL BUSINESSES (I.E. PUBLIC DUMP,
10 ROBERTSON'S READY MIX, AND A FIREWORKS PLANT). TO FURTHER CLARIFY, STONEHURST DR
11 IS A PRIVATE ROAD AND NOT A HIGH VOLUME TRAFFIC STREET. THE DEFENDANT'S BUSINESS IS
12 A SALVAGE YARD AND NOT A PARTS STORE. SINCE APRIL 2017 THE BUSINESS OPERATES
13 PRIMARILY ON BUSINESS TO BUSINESS PARTS SALES AND METAL RECYCLING, ACCOMODATING
14 ONLY SEMI TRUCKS THAT PICKUP SCRAP METAL, BUSINESS DELIVERY TRUCKS FROM OTHER
15 SALVAGE YARDS, AND TOW TRUCKS THAT DELIVER VEHICLES FOR SALVAGE AND SCRAP.
16            IT APPEARS THE DEFENDANT AND THEIR ATTORNEY UTILIZED INTERNET
17 SEARCHES THAT YIELDED THE BUSINESS NAME ACA AUTO SALVAGE 2 AS STATED IN THE CASE
18 FILING. THE DEFENDANT CAN PRODUCE INTERNET ARTIFACTS TO SUBSTANTIATE THESE
19 FINDINGS. THE DEFENDANT ALSO CANNOT CONFIRM THE PLAINTIFF EVER VISITED 2091 W.
20 STONEHURST DR, RIALTO, CA 92377 AS THE PLAINTIFF NEVER APPROACHED THE OWNER OR
21 STAFF OF THE BUSINESS REGARDING ANY NEED FOR AN AUTO PART AS STATED IN THE
22 REFERENCED COMPLAINT. THE PLAINTIFF IS ALSO UTILIZING LEGAL REPRESENTATION THAT
23 SPECIALIZES IN DISIBILITY ACCESS ISSUES OUT OF SAN DIEGO, CA, WHICH IS QUITE DISTANT
24 FROM THE DEFENDANT'S BUSINESS AND PERHAPS THE PLAINTIFF'S PERSONAL RESIDENCE
25 WHICH ADDS SUSPICION THIS IS A POSSIBLE DRIVE-BY TYPE LAWSUIT.
26

REQUEST FOR MOTION TO DISMISS - 2

1       THE DEFENDANT, AGAIN A 92 YEAR OLD HANDICAPPED VETERAN HAS BEEN
2 UNJUSTLY TARGETED BY THE PLAINTIFF'S FRIVILOUS CLAIMS AND WOULD HAVE NOT HAD THE
3 CAPACITY TO PURPOSELY VIOLATE ANY ADA LAW. THE DEFENDANT DOES NOT OWN ACA AUTO
4 SALVAGE 2, HE OWNS ACA AUTO SALVAGE II AS PUBLICALLY FILED.
5       BASED ON THE GROUNDS THE PLAINTIFF FILED THIS CIVIL ACTION UNDER
6 SUSPICIOUS CIRCUMSTANCES, UNDER AN INCORRECT BUSINESS NAME BASED UPON AN
7 INTERNET SEARCH, THE COMPLAINT APPEARING TO BE DRIVE-BY IN NATURE, THE COMPLAINT
8 ORIGINATING FROM AN ADA SPECIALTY LAW FIRM, AND THE DEFENDANT'S BUSINESS STAFF
9 CANNOT CONFIRM PHYSICALLY SEEING, COMMUNICATING, OR ENCOUNTERING THE PLAINTIFF.
10 THE DEFENDANT RESPECTFULLY REQUESTS A MOTION TO DISMIS THIS COMPLAINT ON THE
11 GROUNDS THAT ALL ACCUSATIONS ARE OF FRIVILOUS NATURE AND INTENT.
12       Dated this 13 of October, 2017.

*Edward S. Monroy* by *Sandra Monroy*
EDWARD S. MONROY BY SANDRA MONROY,
DEFENDANT

REQUEST FOR MOTION TO DISMISS - 3